**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MARY FRANCES HUFF,**

    **Plaintiff,**

v.                                       Case No.  8:07-cv-1482-T-30MAP

**COMMISSIONER SOCIAL SECURITY;**
**DARRELL FENNELL; CHILD SUPPORT,**
**STATE OF FLORIDA; ATTORNEY**
**GENERAL, STATE OF FLORIDA,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*. Plaintiff filed her initial Complaint (Dkt. 1) and a motion to for leave to proceed in forma pauperis (Dkt. 2) on August 21, 2007. On August 24, 2007, the Honorable Mark A. Pizzo, United States Magistrate Judge, deferred ruling on Plaintiff's motion for leave to proceed in forma pauperis (Dkt. 4). As discussed by Judge Pizzo, Plaintiff's vague allegations precluded the Court from determining whether it had jurisdiction over the action. Judge Pizzo directed Plaintiff to amend her complaint to conform to the requirements of Fed.R.Civ.P. 8(a), to include:

    a.    A short and plain statement of the grounds upon which the Court's jurisdiction depends;

    b.    A short and plain statement of the claim showing that Plaintiff is entitled to relief; and

        c.        A specific demand for the relief which Plaintiff seeks.

Plaintiff has amended her Complaint within the thirty (30) day time period provided by Judge Pizzo. Plaintiff's Amended Complaint (Dkt. 5) appears to allege she is owed Social Security benefits as a result of a disability. However, the Amended Complaint is once again far from clear. Plaintiff fails to state (i) when or how she was disabled, (ii) when and if she applied for Social Security benefits, and/or (iii) when and if her application was denied. Plaintiff vaguely asserts she is entitled to "$5,000.00 and $872.00 months," however her basis for these damages in unclear. Once again, the Court cannot determine whether it has jurisdiction or if the action is frivolous or malicious. See Neitzke v. Williams, 490 U.S. 319, 325 (1989).

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Amended Complaint is **DISMISSED** without prejudice.

2. Plaintiff has thirty (30) days to amend her Complaint to conform to the requirements of Fed.R.Civ.P. 8(a), failing which this case shall be closed without further notice.

**DONE** and **ORDERED** in Tampa, Florida on September 18, 2007.

                                            JAMES S. MOODY, JR.
                                            UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-1482.dismissal.frm