# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**MARY FRANCES HUFF,**

    **Plaintiff,**

v.                                           Case No.  8:07-cv-1482-T-30MAP

**COMMISSIONER SOCIAL SECURITY,**
**et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*.  An Order was entered on September 18, 2007 (Dkt. #6) which dismissed the Complaint and gave the Plaintiff thirty (30) days in which to file an Amended Complaint.  The deadline for filing an Amended Complaint has passed.  As the Plaintiff(s) has/have failed to diligently prosecute the above-styled action pursuant to Local Rule 3.10(a), it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on October 24, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-1482.order of dismissal.frm